

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Garcia Reyes, Appellant

No. 06-14-00228-CR          v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas (Tr. Ct. No. F13-61746-J). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the correct name of the offense is sexual assault of child. As modified, the judgment of the trial court is affirmed.

We note that the appellant, David Garcia Reyes, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 2, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk